IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED

JUN 29 2015

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

    v.

BRANDON R. MOORE

Case No. 2:15mj367
Court Date: August 18, 2015

CRIMINAL INFORMATION

(Misdemeanor)-Violation No. N0424739

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 19, 2015, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, BRANDON R. MOORE, did knowingly drive a motor vehicle while his driver's license, learner's permit, or privilege to drive a motor vehicle was suspended or revoked, **SIXTH offense within ten (10) years**, the defendant having been previously convicted of driving while license revoked in the General District Court for the City of Norfolk, Virginia on January 14, 2015, for an offense committed on August 28, 2014; in the General District Court for the County of Mecklenburg, Virginia on November 13, 2012, for an offense committed on September 1, 2012; in the General District Court for the City of Norfolk, Virginia on October 2, 2008 for an offense committed on April 1, 2008; in the General District Court for the City of Newport News, Virginia on March 3, 2006 for an offense committed on December 19, 2005; and, in the General District Court for the City of Hampton, Virginia on September 15, 2005 for an offense committed on August 22, 2005.

    (In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Nicholas D. Linstroth
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6391
Fax:(757) 441-3205
Nicholas.Linstroth@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Nicholas D. Linstroth
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6391
Fax: (757) 441-3205
Nicholas.Linstroth@usdoj.gov

__JUNE 29, 2015__
Date