**MISDEMEANOR MINUTES:**

| | | | |
|---|---|---|---|
| Time Set: | 9:00 a.m. | Date: | 8/18/15 |
| Time Started: | 9:10 am | Presiding Judge: | Tommy E. Miller |
| Time Ended: | 9:12 | Courtroom Deputy: | L. Woodcock |
| Recorded by: | FTR | U.S. Attorney: | Nicholas Linstroth, SAUSA |
| | | Defense Counsel: | |
| Case Number: | 2:15mj367 | ( ) Retained | ( ) Court-appointed |
| | | ( ) AFPD | ( ) Waived Counsel |

USA v. __Brandon R. Moore__

**COUNTS:** 1) DWLS - 6th
2) _____
3) _____
4) _____

( ) (X) Present ( ) In custody ( ) No appearance ( ) Excused Prior to Court
(X) Initial Appearance ( ) Docket Call ( ) Plea of Guilty ( ) Bench Trial ( ) Jury Trial
(X) Defendant advised of rights.
( ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
( ) Acknowledgment of Rights Form executed and filed in open court.
( ) Government motion: ( ) Warrant ( ) Summons ( ) Continue ( ) DWOP ( ) DWP
( ) Other _____ ( ) Granted ( ) Denied
( ) Defendant motion: ( ) Continue ( ) Judgment of Acquittal ( ) Strike
( ) Other _____ ( ) Granted ( ) Denied
( ) Counsel desired; Court ( ) Directed ( ) Denied ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $____/mo. begin ____
(X) Defendant will to retain counsel. ( ) Retained Counsel _____
(X) Case continued to 9:00 a.m. on 9-22-15
(X) Bond set __PR__ with the following conditions of release:

(1) ( ) Probation Office supervision
(2) ( ) Shall not operate m/v after consuming alcohol
(3) ( ) Prohibited from operating a motor vehicle unless properly licensed to do so
(4) ( ) No consumption ( ) No excessive use of alcohol

(5) ( ) Substance abuse testing/treatment at defendant's expense
(6) ( ) Mental Health Eval/Treatment
(7) ( ) _____
(8) ( ) _____

( ) Proffer
( ) Statement by Defendant
( ) Found Guilty        ( ) Found Not Guilty
( ) Dismissed by Court
( ) Sentencing: _____
( ) Defendant remanded to custody

( ) Evidence & Witnesses presented
( ) PSR WAIVED by all parties
( ) Continued for Pre-sentence Report
( ) Advised of Right to Appeal

| **FINE:** | **ASSESSMENT:** | **PROCESSING FEE:** | **RESTITUTION:** |
|---|---|---|---|
| 1) $_____ | 1) $_____ | 1) $_____ | 1) $_____ |
| 2) $_____ | 2) $_____ | 2) $_____ | 2) $_____ |
| 3) $_____ | 3) $_____ | 3) $_____ | 3) $_____ |
| 4) $_____ | 4) $_____ | 4) $_____ | 4) $_____ |

( ) Jail:_____ ( ) To be released at 5:00 p.m. today ( ) As special condition of probation
( ) Probation:_____ ( ) Supervised Release:_____
( ) Driving privileges within special maritime and territorial jurisdiction of the United States are suspended for ONE (1) YEAR.
( ) _____