## SUPERVISED RELEASE / PROBATION INITIAL APPEARANCE VIOLATION HEARING

| | | | |
|---|---|---|---|
| Time Set: | 9:00 a.m. | Date: | May 27, 2016 |
| Started: | 9:35 | Presiding Judge: | Douglas E. Miller, USMJ |
| Ended: | 9:39 | Courtroom Deputy: | Monique Jenefrind |
| | | Reporter: | FTR |
| Split Time | ( ) | U.S. Attorney: | James Cole |
| | | Defense Counsel: | |

( ) Retained ( ) Court appointed ( ) AFPD
Interpreter:
Probation Officer: Brett Riley

Case Number: 2:15mj367
USA v. Brandon R. Moore

(✓) Defendant present      ( ) in custody        ( ) No appearance
(✓) Initial Appearance     (✓) Probation Violation    ( ) Supervised Release Violation
(✓) Defendant advised of rights, charges and right to counsel
(✓) Counsel desired    (✓) Financial Affidavit   (✓) Directed    ( ) Denied
( ) Court directed defendant to reimburse govt. at rate of $_____ per month to begin
( ) Defendant to retain: _____
( ) Government motion for detention
( ) Detention hearing set: _____
( ) Preliminary hearing set: _____
( ) Waiver of Detention Hearing
( ) Waiver of Preliminary Hearing
( ) Temporary Detention   ( ) Temporary Detention Order Entered
( ) Detention Ordered
( ) Bond set at $ _____
( ) Special Conditions of Release
( ) Defendant remanded to custody of U.S. Marshal
( ) Warrant returned executed
( ) Arraignment continued: ____ before Judge _____
    ( ) Norfolk  ( ) Newport News in
( ) Summons to issue _____ at _____
    ( ) Norfolk  ( ) Newport News
( ) Warrant to issue
( ) Arraignment _____ at _____ before Judge _____
    ( ) Norfolk  ( ) Newport News in _____
(✓) Violation Hearing 7/14/16 at 2:00 pm before Judge DEM in Mag Two
(✓) Norfolk  ( ) Newport News in _____

cond. of supervision remain in effect