AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA

2016 MAY 16  P 1:52

| | |
|---|---|
| United States of America<br>v.<br>BRANDON R. MOORE<br><br>_Defendant_ | )<br>)<br>)  Case No.  2:15mj367<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | United States District Court<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | Magistrate Courtroom Two |
|---|---|---|---|
| | | Date and Time: | 05/27/2016 9:00 am |

This offense is briefly described as follows:

Violation of Probation -
Original Charge:  18 USC 7&13, assim. Code of Va. 46.2-301 - Driving with Suspended or Revoked License

Date: 05/13/2016

_Issuing officer's signature_

DOUGLAS E. MILLER, U.S. MAGISTRATE JUDGE
_Printed name and title_

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 5/26/16

_Server's signature_

R.S. Wilhite  OUSM
_Printed name and title_

Note: Listed Address is used as a day-care for kids during day. Day-Care Worker "Latoya Lawrence", took summons and stated she would give to Brandon R. Moore when he returned home around 4:30 or 5:00 pm.