FILED
JUL 1 3 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Brandon R. Moore             Docket No. 2:15mj367

## Addendum to Petition on Probation

On May 13, 2016, the Court reviewed a Petition on Probation charging the probationer with violating the terms and conditions of supervision. Subsequent to the aforementioned Petition, the defendant violated an additional condition of supervision. Also, a previously reported violation was addressed in the local court. This Court is requested to consider the following:

**MANDATORY CONDITION:** COMMISSION OF A CRIME – DRIVING UNDER SUSPENSION 7th OFFENSE; RECKLESS DRIVING; ELUDE OR DISREGARD POLICE.

As noted in the original petition, on April 26, 2016, the Hampton Police Department charged Moore with Driving Under Suspension 7th Offense; Reckless Driving; and Elude or Disregard Police. These matters have been continued for disposition in the Hampton General District Court until August 23, 2016.

**CONDITION 3:** FAILURE TO FOLLOW THE INSTRUCTION OF THE PROBATION OFFICER.

On March 6, 2016, the probation officer instructed Moore to participate in Phase 3 of our random urinalysis program in response to the defendant's prior use of marijuana. Moore failed to follow the instruction of the probation officer to participate in the random urinalysis program by failing to report to the Probation Office to submit urine specimens on May 13, 2016; June 3, 2016; June 14, 2016; and June 21, 2016.

### ORDER OF COURT

Considered and ordered this 13th day of July, 2016, that the petition previously issued be amended and that this Addendum be ordered filed and made part of the record in the above case.

/s/
Douglas E. Miller
United States Magistrate Judge

**Douglas E. Miller**
**United States Magistrate Judge**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/8/16

Brett R. Riley
Brett R. Riley
U.S. Probation Officer

Place **Norfolk, Virginia**

BRR/