# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Norfolk Division

FILED
JUL 19  2016
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Brandon R. Moore

Defendant.

Case Number: 2:15mj367

Defendant's Attorney: Wilfredo Bonilla, AFPD

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF PROBATION
### (For Offense(s) Committed On or After November 1, 1987)

The defendant, Brandon R. Moore was represented by Wilfredo Bonilla, AFPD.

It appearing that the defendant, who was convicted on January 28, 2016 in the above styled cause and was placed on probation for a period of one year has violated the terms of probation, it is hereby ORDERED and ADJUDGED that probation be continued with the following additional conditions: 1) The defendant shall serve 16 days with credit for time served. The time may be served on the weekends. 2) The defendant shall participate in drug testing and treatment as directed by the Probation Officer. 3) The defendant shall participate in NA meetings, attending at least one per week and show proof of his attendance to his Probation Officer.

Signed this 14th day of July, 2016

/s/
Douglas E. Miller
United States Magistrate Judge

Douglas E. Miller
United States Magistrate Judge