AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:15mj367 |
| Brandon R. Moore | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☑ Probation Violation ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: United States District Court<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: Magistrate Courtroom Two |
|---|---|
| | Date and Time: 09/02/2016 8:45 am |

This offense is briefly described as follows:

Probation violation

Original charge: Driving with suspended license 6th offense within 10 years - 18 USC, 7&13, assim. VA Code Section 46.2-301

Date: 08/15/2016

*Issuing officer's signature*

Douglas E. Miller, U.S. MAGISTRATE JUDGE
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*