UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF VIRGINIA

FILED
OCT 2 5 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

U.S.A. vs. Brandon R. Moore

Docket No.: 2:15mj367

## Addendum to Petition on Probation

On August 15, 2016, the Court reviewed a Petition on Probation charging the probationer with violating the terms and conditions of supervision. Subsequent to the aforementioned Petition, the defendant has violated an additional condition of supervision. The Court is requested to consider the following:

**CONDITION 3:**      **FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER.**

On April 8, 2016, in response to his history of marijuana use, Moore was placed in the Code-A-Phone random urinalysis program and was directed to call the U.S. Probation Office on a daily basis to receive a prerecorded message instructing him when to submit urine specimens. Moore failed to submit urine specimens on the following dates: August 24, 2016; September 1, 2016; and October 17, 2016.

### ORDER OF COURT

Considered and ordered this 24th day of Oct., 2016, that the petition previously issued be amended and that this Addendum be ordered filed and made part of the record in the above case.

/s/
Douglas E. Miller
United States Magistrate Judge

Douglas E. Miller
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/24/16

Brett R. Riley
Brett R. Riley
U.S. Probation Officer

Place Norfolk, Virginia

**TO CLERKS OFFICE**