# SUPERVISED RELEASE / PROBATION VIOLATION HEARING

Time Set: 2:00 pm  
Started: 1:59 pm  
Ended: 2:15 pm  
Split Time ( )

Date: 10/26/16  
Presiding Judge: Douglas E. Miller  
Courtroom Deputy: Crish Dodge  
Reporter: FTR  
U.S. Attorney: James Cole  
Defense Counsel: Amanda Conner  
( ) Retained ( ) Court appointed (X) AFPD  
Interpreter:  
Probation Officer: Pat Riley — Sworn

Case Number: 2:15mj367  
USA v. Brandon R. Moore

- (X) Matter came on for violation of   (X) Probation   ( ) Supervised Release.
- (X) Defendant present.   ( ) Defendant failed to appear.
- ( ) Government motion for warrant   ( ) Granted   ( ) Denied
- ( ) Counsel desired.
- ( ) Financial Affidavit executed and filed in open Court.
- ( ) Court  ( ) Directed  ( ) Denied appointment of counsel.
- ( ) Defendant to retain counsel: _____
- ( ) Defendant motion to continue  ( ) Granted  ( ) Denied
- ( ) ( ) Probation Violation Hearing  ( ) Supervised Release Violation Hearing reset for _____ at _____ before US. Magistrate Judge _____
- (X) Deft. stipulated to violations in Petition.  (X) w/exception of: details as stated on record
- (X) Evidence presented  (X) Argued.  (X) Statement of defendant.  ( ) Statement of defendant waived.
- (X) Court finds defendant guilty of violating terms of  ( ) Supervised Release  (X) Probation and revokes same.
- ( ) Court finds defendant guilty of violating terms of  ( ) Supervised Release  ( ) Probation and continues defendant on supervision
- ( ) Defendant continued on ( ) Supervised Release  ( ) Probation with  ( ) additional conditions of release: _____
- (X) Defendant. committed to custody of Bureau of Prisons for a term of: 1 day
  - (X) to be released at 5:00 p.m. today.
- ( ) Court extends   ( ) Supervised Release   ( ) Probation for a term of: _____
- (X) Defendant remanded to custody of U.S. Marshal.
- (X) Probation terminated.
- ( ) Violation Petition dismissed by the  ( ) Court  ( ) Government
- ( ) Defendant previously placed on Probation pursuant to 18:3607. Court finds defendant guilty of violating terms of Probation and revokes same. Defendant sentenced on original charge:  
  ( ) Jail: _____  ( ) Probation: _____  ( ) Fine: _____   S/A _____