# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Division


FILED
OCT 28 2016

UNITED STATES OF AMERICA

v.

Case Number: 2:15mj367

Brandon R. Moore

aka

Defendant's Attorney: Amanda Conner, AFPD

Defendant.

# JUDGMENT AND COMMITMENT ORDER
# ON REVOCATION OF PROBATION
## (For Offense(s) Committed On or After November 1, 1987)

The defendant, Brandon R. Moore, was represented by Amanda Conner, Assistant Federal Public Defender.

It appearing that the defendant, who was convicted on January 28, 2016, in the above styled cause and was placed on probation for a period of one year has violated the terms of probation, it is hereby ORDERED and ADJUDGED that probation be revoked and the defendant ordered to serve the remainder of the day in the custody of the United States Marshals, to be released at 5:00 pm on October 26, 2016. Probation is terminated.

The defendant is remanded to the custody of the US Marshals.

Signed this 27th day of October 2016,

/s/
Douglas E. Miller
United States Magistrate Judge

Douglas E. Miller, U.S. Magistrate Judge